PROB 22 (Rev. 2/88)

| TRANSFER OF JURISDICTION | DOCKET # (Trans. Court) |
|---|---|
| | 053L 2:00CR00107-001 C |
| | DOCKET # (Rec. Court) |
| | 06-238-FJP-DLD |

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JAN 2 6 2007
LORETTA G. WHYTE
CLERK

**NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**

Hai Tran
16110 Indigo Ridge
Baton Rouge, LA 70817

| DISTRICT | DIVISION | NAME OF SENTENCING JUDGE |
|---|---|---|
| Louisiana Eastern | New Orleans | Helen G. Berrigan |

| Date of Probation/Supervised Release: | FROM | TO |
|---|---|---|
| | April 02, 2004 | April 01, 2009 |

**Offense**

Narcotics-Sell, Distribute, Or Dispense

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Eastern District of Louisiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District court for the Middle District of Louisiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

November 30, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Middle District of Louisiana

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

1/8/07
DATE

_____
UNITED STATES DISTRICT JUDGE

MEF