UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 FEB -9 AM 11:44
LORETTA G. WHYTE
CLERK

COPY
ORIGINAL FILED
USDC MD/LA
2007 FEB -7 PM 1:15
LORETTA G. WHYTE
SIGN
BY DEPUTY CLERK

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

January 31, 2007

Mr. Nick J. Lorio
Clerk, United States District Court
Middle District of Louisiana
777 Florida Street
Suite 139
Baton Rouge, LA 70801

                Re:   Criminal Case No. 00-107 C
                    United States of America
                    vs.
                    Hai Tran

Dear Mr. Lorio:

    On January 31, 2007, the Honorable Ivan L. R. Lemelle, United States District Judge for this district, entered an order transferring jurisdiction of supervised release as to defendant Hai Tran to the Middle District of Louisiana.

    Pursuant to said order and acceptance of jurisdiction by the Middle District of Louisiana, we are forwarding herewith a certified copy of the indictment and Judgment and Commitment as to Hai Tran, and a copy of the docket sheet.

    Please acknowledge receipt on the enclosed copy of this letter.

                                      Very truly yours,

                                      LORETTA G. WHYTE, CLERK

                                      By: _____
                                             Deputy Clerk

Enclosures

Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____
Doc. No _____